NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-297

STATE OF LOUISIANA

VERSUS

CHANCE L. BUTLER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT
PARISH OF BEAUREGARD, NO. CR-842-2003
HONORABLE STUART S. KAY, JR., PRESIDING
\*\*\*\*\*\*\*\*\*\*

SYLVIA R. COOKS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Oswald A. Decuir and Marc T. Amy, Judges.

AFFIRMED.

Honorable David W. Burton
District Attorney
Beauregard Parish
P.O. Box 99
DeRidder, LA 70634
COUNSEL FOR APPELLEE:
    State of Louisiana

Paula C. Marx
P.O. Box 80006
Lafayette, LA 70598
COUNSEL FOR DEFENDANT-APPELLANT:
    Chance L. Butler